**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ERIC WINSTON                                                                                              PLAINTIFF
ADC #105483

V.                                          NO: 5:08CV00204 JMM/HDY

FRED EVANS *et al.*                                                                                   DEFENDANTS

## ORDER

Plaintiff filed this complaint on July 28, 2008, and service was ordered. On September 11, 2008, the summons was returned executed as to Defendant Fred Evans (docket entry #15). However, the Court learned that the Fred Evans served was actually Fred Evans, Sr., Defendant Fred Evans, Jr.'s father. Thus, Defendant Fred Evans Jr. was not served. On September 16, 2008, the Court, having obtained Fred Evans Jr.'s last known address, ordered that service be attempted at that address (docket entry #16). However, that attempt was unsuccessful (docket entry #19). Accordingly, Plaintiff is directed to submit, no later than 30 days after the entry of this order, an address at which Fred Evans Jr. may be served. Plaintiff's failure to do so will result in the recommended dismissal of his claims against Fred Evans Jr.

IT IS SO ORDERED this   22   day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE