**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ERIC WINSTON                                                                                                              PLAINTIFF
ADC #105483

V.                                              NO: 5:08CV00204 JMM/HDY

FRED EVANS *et al.*                                                                                               DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's motions for default (docket entries #27 & #31) are GRANTED IN PART AND DENIED IN PART.

2.      Plaintiff's motions are GRANTED with respect to Defendant Tinsley. The Clerk of the Court is hereby directed to enter Tinsley's default.

3.      Plaintiff's motions are DENIED with respect to Defendant Evans.

4.      Tinsley is directed to respond, no later than 15 days after the entry of this order, to Plaintiff's request for the entry of a default judgment against her.

5.      The Clerk of the Court is hereby directed to forward a copy of this order to Defendant

Tinsley at the address indicated on the Marshal's return of service (docket entry #14).

DATED this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE