**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ERIC WINSTON                                                                                          PLAINTIFF
ADC #105483

V.                                          NO: 5:08CV00204 JMM/HDY

FRED EVANS *et al.*                                                                              DEFENDANTS

## ORDER

On December 29, 2008, a Clerk's default was entered as to Defendant Veronica Tinsley (docket entry #40). At that same time, Tinsley was ordered to respond to Plaintiff's request for entry of default judgment within 15 days (docket entry #38). More than 15 days has passed, and Tinsley has not responded. Accordingly, a hearing will be scheduled, by separate order, to consider Plaintiff's damages. Plaintiff's pending motions for default judgment against Tinsley and for a writ of execution (docket entries #44 & #47) are DENIED as moot and premature, respectively.

DATED this  20  day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE