# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ERIC WINSTON                                                                                              PLAINTIFF
ADC #105483

V.                                            NO: 5:08CV00204 JMM/HDY

FRED EVANS *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant Veronica Tinsley's oral motion to dismiss is DENIED, and Plaintiff is allowed to proceed to jury trial on his claims against Tinsley.

DATED this 23rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE