## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ERIC WINSTON**                                      **PLAINTIFF**

**VS.**          **CASE NO: 5:08-CV-204 (JMM/HDY)**

**FRED EVANS,** *et al.*                          **DEFENDANTS**

### FIRST AMENDED COMPLAINT

Plaintiff Eric Winston ("Plaintiff"), by his undersigned counsel, for his First Amended Complaint, states:

1.      Plaintiff filed his Complaint in this Court on July 28, 2008, against Fred Evans and Veronica Tinsley in their official and individual capacities.  Plaintiff's Complaint is attached hereto as Exhibit "A" and is incorporated herein in its entirety.

### THE PARTIES

2.      Plaintiff Eric Winston is an individual citizen of Arkansas, who resides and is domiciled at the East Arkansas Regional Unit of the Arkansas Department of Correction, which is located in Brickeys, Lee County, Arkansas.  At all times relevant to this lawsuit, Plaintiff was an inmate at the Varner Supermax Unit of the Arkansas Department of Correction, which is located in Grady, Lincoln County, Arkansas.

3.      Upon information and belief, Defendant Veronica Tinsley ("Tinsley") is an individual citizen of Arkansas.  Tinsley was a prison guard at the Varner Supermax Unit of the Arkansas Department of Correction at all times relevant to this lawsuit.



EXHIBIT
B

4.     Upon information and belief, Defendant Fred Evans ("Evans") is an individual citizen of Arkansas.  Evans was a prison guard at the Varner Supermax Unit of the Arkansas Department of Correction at all times relevant to this lawsuit.

## JURISDICTION AND VENUE

5.     This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331.

6.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## COUNT I - VIOLATION OF 42 U.S.C. § 1983
## AGAINST VERONICA TINSLEY FOR DENIAL OF MEDICAL CARE

7.     Plaintiff repeats and realleges each of the allegations contained in paragraphs 1-6 of this First Amended Complaint as if fully set forth herein.

8.     Facts supporting this cause of action are alleged in Plaintiff's Complaint, which is attached hereto as Exhibit "A" and is incorporated herein in its entirety.

9.     Tinsley deprived Plaintiff of his rights, privileges, or immunities secured by the Constitution and laws by locking Plaintiff in his cell and denying Plaintiff medical treatment for an unreasonable amount of time after separate Defendant Evans sprayed Plaintiff three times with chemical agent.

10.    After separate Defendant Evans sprayed Plaintiff three times with chemical agent, Plaintiff had a serious need for medical treatment.

11.    Tinsley was aware of Plaintiff's serious need for such medical treatment.

12.    Tinsley acted with deliberate indifference and failed to provide medical care or direct that medical care be provided within a reasonable time.

13.    As a direct result, Plaintiff suffered actual damages.

14.    At the time Tinsley locked Plaintiff in his cell and denied Plaintiff medical care, Tinsley was acting under color of state law.

## COUNT II - VIOLATION OF 42 U.S.C. § 1983
## AGAINST VERONICA TINSLEY FOR FAILURE TO PROTECT

15.    Plaintiff repeats and realleges each of the allegations contained in paragraphs 1-14 of this First Amended Complaint as if fully set forth herein.

16.    Tinsley deprived Plaintiff of his rights, privileges, or immunities secured by the Constitution and laws by failing both to protect against and report separate Defendant Evans's use of excessive force.

17.    At the time Tinsley failed both to protect against and to report separate Defendant Evans's use of excessive force, Tinsley was acting under color of state law.

18.    As a direct result of Tinsley's actions, Plaintiff has suffered actual injury.

## COUNT III - VIOLATION OF 42 U.S.C. § 1983
## AGAINST FRED EVANS FOR USE OF EXCESSIVE FORCE

19.    Plaintiff repeats and realleges each of the allegations contained in paragraphs 1-18 of this First Amended Complaint as if fully set forth herein.

20.    Facts supporting this cause of action are alleged in Plaintiff's Complaint, which is attached hereto as Exhibit "A" and is incorporated herein in its entirety.

21.    Evans sprayed Plaintiff three times with chemical agent from a large, fire extinguisher-sized can.

22.    The use of such force was excessive because it was not reasonably necessary to restrain Plaintiff.

23.    As a direct result, Plaintiff suffered actual damages.

24.     At the time Evans sprayed Plaintiff three times with chemical agent, Evans was acting under color of state law.

## COUNT IV - VIOLATION OF 42 U.S.C. § 1983
## AGAINST FRED EVANS FOR DENIAL OF MEDICAL TREATMENT

25.     Plaintiff repeats and realleges each of the allegations contained in paragraphs 1-24 of this First Amended Complaint as if fully set forth herein.

26.     Facts supporting this cause of action are alleged in Plaintiff's Complaint, which is attached hereto as Exhibit "A" and is incorporated herein in its entirety.

27.     Evans deprived Plaintiff of his rights, privileges, or immunities secured by the Constitution and laws by denying Plaintiff medical treatment for an unreasonable amount of time after he sprayed Plaintiff with chemical agent.

28.     After Evans sprayed Plaintiff with chemical agent, Plaintiff had a serious need for medical treatment.

29.     Evans was aware of Plaintiff's serious need for such medical treatment.

30.     Evans acted with deliberate indifference and failed to provide medical care or direct that medical care be provided within a reasonable time.

31.     As a direct result of Evans's action, Plaintiff has suffered actual injury.

32.     At the time Evans denied Plaintiff medical care, Evans was acting under color of state law.

## COUNT V - VIOLATION OF PLAINTIFF'S EIGHTH AMENDMENT RIGHTS
## AGAINST FRED EVANS FOR USE OF EXCESSIVE FORCE

33.     Plaintiff repeats and realleges each of the allegations contained in paragraphs 1-32 of this First Amended Complaint as if fully set forth herein.

34.     Facts supporting this cause of action are alleged in Plaintiff's Complaint, which is attached hereto as Exhibit "A" and is incorporated herein in its entirety.

35.     Evans sprayed Plaintiff three times with chemical agent from a large, fire extinguisher-sized can and subsequently denied Plaintiff medical treatment.

36.     Evans's use of force was excessive and applied maliciously and sadistically for the very purpose of causing harm and not in a good faith effort to achieve a legitimate purpose.

37.     As a direct result, Plaintiff suffered actual damages.

38.     At the time Evans sprayed Plaintiff three times with chemical agent, Evans was acting under color of state law.

## COUNT VI - VIOLATION OF PLAINTIFF'S EIGHTH AMENDMENT RIGHTS AGAINST VERONICA TINSLEY FOR FAILURE TO PROTECT

39.     Plaintiff repeats and realleges each of the allegations contained in paragraphs 1-38 of this First Amended Complaint as if fully set forth herein.

40.     Facts supporting this cause of action are alleged in Plaintiff's Complaint, which is attached hereto as Exhibit "A" and is incorporated herein in its entirety.

41.     Separate Defendant Evans sprayed Plaintiff three times with chemical agent from a large, fire extinguisher-sized can.

42.     Separate Defendant Tinsley was aware of the substantial risk of such attack.

43.     Tinsley, with deliberate indifference to the Plaintiff's need to be protected from such attack, failed to protect Plaintiff.

44.     As a direct result, Plaintiff suffered damages.

45.     At the time Tinsley failed to protect Plaintiff, Tinsley was acting under color of state law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Eric Winston respectfully prays for the following relief:

a.      That this Court award Plaintiff all relief requested in Plaintiff's Complaint, which is attached hereto as Exhibit "A" and is incorporated herein in its entirety, including compensatory and punitive damages in an amount to be determined at trial.

b.      That this Court award Plaintiff costs and a reasonable attorney's fee pursuant to 42 U.S.C. § 1988(b) and other applicable cost and fee provisions.

c.      That this Court award Plaintiff all other relief, equitable or legal, to which he may be entitled.

Respectfully submitted,

WILLIAMS & ANDERSON PLC
111 Center Street
Twenty-Second Floor
Little Rock, Arkansas 72201
 (501) 372-0800


/s/ W. Taylor Marshall
John Kooistra III (Ark. Bar No. 80080)
jkooistra@williamsanderson.com
W. Taylor Marshall (Ark. Bar No. 2009206)
tmarshall@williamsanderson.com
Jamie K. Fugitt (Ark. Bar No. 2009189)
jfugitt@williamsanderson.com


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on                    , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

John Kooistra , III
jkooistra@williamsanderson.com

Jamie K. Fugitt
jfugitt@williamsanderson.com

Renae Ford Hudson
Email: renae.hudson@arkansasag.gov

/s/ W. Taylor Marshall
W. Taylor Marshall

*The Original Copy*
*Please Send Plaintiff*
*A File Marck Copy*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 28 2008

JAMES W. McCORMACK, CLERK
By: _____

RECEIVED
MAIL ROOM

JUL 28 2008

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
Pine Bluff **DIVISION**

CASE NO. _____

I.   **Parties**        5:08CO0204 *jmm/hdy*

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: Eric Winston
     ADC # 105483

     Address: a P.o. Box 180 Brickays AR 72320

     Name of plaintiff: _____
     ADC # _____

     Address: _____

     Name of plaintiff: _____        *This case assigned to District Judge Moody*
     ADC # _____                     *and to Magistrate Judge Young*

     Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Fred Evans

     Position: Sgt.

     Place of employment: Varner Supermax Unit

     Address: P.o. Box 400 Grady Ar 71644-0400

     Name of defendant: Ms. Veronica Tinsley

     Position: C.o.2

     Place of employment: Varner Supermax Unit

**EXHIBIT**
A
to Complaint

Address: _P.O. Box 400 Grady Ar 71644-0400_ _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.   Are you suing the defendants in:

    ☐   official capacity only
    ☐   personal capacity only
    ☑   both official and personal capacity

III.   Previous lawsuits

    A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ✓   No ___

    B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐   Parties to the previous lawsuit:

        Plaintiffs: _Eric Winston_ _____

        Defendants: _J. Haywood_ _____

☐ Court (if federal court, name the district; if state court, name the county): Eastern district Pine Bluff division

☐ Docket Number: 5:01 CV 00 118 WRW

☐ Name of judge to whom case was assigned: Judge Wilson

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Ruled In favor of Plaintiff

☐ Approximate date of filing lawsuit: April-11-2001

☐ Approximate date of disposition: August-12-2003

IV.   Place of present confinement: P.o. Box 180. Brickeys Ar 72320

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

3

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Plaintiff Is filing a 42 usc 1983 Complaint. against Sgt. Evans for Unnecessary Excessive Force and Denial of Medical care. See Attached complaint and Grievance # Vu 05-00363 and Vu-05-00360

Plaintiff Is Filing a 42 usc 1983 complaint against C o II V. Tinsley For Unnecessary Excessive Force and Denial of Medical care. And Failure to Protect And Failure to Report. See Attached complaint and Grievance #Vu-05-00364.

See Attached complaint's on Next Page ...

complaint #1 Unnecessary use of Excessive Force and denial of medical care
By Sgt. Evans See Grievance #VU 05-00363 and VU-05-00360

On 7-14-05 Plaintiff was sprayed three times In the faces and eyes with the Part-T-unit Chemical agent. A container tha Size of a fire extinguisher. Plaintiff was sprayed from head to Toe with chemical agent by Sgt. Evans. Plaintiff was forced to stay In the cell For 25 maybe 30 minutes or more. Plaintiff ask Lt. Malone for he Phone whenever she got time. So around 12:30 and 1:00 pm another Inmate flooded his cell So Lt. Malone and some Sgt's come to get the Inmate, I than ask Lt. Malone for the Phone She looked In My file and said I didnt have no Phone Slip. Plaintiff then layed down for about 30 minutes. Then plaintiff started beating on his toilet with his shower Shoes. Sgt. McCarroll come to plaintiff cell door and ask Plaintiff was that him beating Plaintiff Stated Yes. Plaintiff wanted to Know why his Water was off. Plaintiff Stated he have not done nothing. Than CO II Tinsley open Plaintiff door and stated to Plaintiff that you Said you was going to Flood your cell. And CO I Tinsley then steped to the Side and Sgt. Evans Just started spraying Plaintiff with the Part-T-Unit. Sgt. Evans sprayed plaintiff three times. each time with a 3 or 4 or more second burst of chemical agent. All Plaintiff had on was a pair of Boxers Shorts. Plaintiff whole body was painted Red from chemical agents. Plaintiff was then forced to stay In the cell for over 30 minutes In Severe pain and haveing a hard time breathing. Plaintiff Sustained a Severe In Jury to Plaintiff left eye. See Grievance # VU-05-00360 denial of medical care.

#II cond Statement of Claim: Unnecessary use of excessive Force and denial of medical case BY Sgt. Evans. See: Grievance #Vu05-00363 and V.U-05-00360

Plaintiff was Violated his 14th amendment when Sgt. Evans Sprayed Plaintiff 3-times with the Part-T-unit chemical agent with a 3 or 4 or more Second burst with a container the size of a fire extinguisher. Plaintiff was sprayed without cause of policy of AR and procedures and denied Plaintiff rights to be treated by medical staff was Violation of plaintiff 8th Amendment right of cruel and unusual punishment. Plaintiff was Sprayed 3 times from head to toe with chemical agent all because Plaintiff was talking Loud and beating on his toilet with his shower Shoe trying to find out why plaintiff Water was turned off. For Sgt. Evans to Spray Plaintiff and leave him In the cell for 30 minutes or longer after he

have already turned plaintiff water off. No Inmate Is Suppose to be sprayed with the Part-T-Unit housed In a 8 by-10 cell. Plaintiff was not a threat to nobody The Part-T-Unit Is a container the same size as a fire extinguisher with along hose. It sprays chemical agent out like a Fire extinguisher sprays out. For Sgt. Evans to spray Plaintiff 3 times In the faces was cruel and unusual punishment Sgt. Evans challenged assault was Malicious, sadistic and applied In bad faith for the specific purpose of subjecting plaintiff to Severe physical pain and suffering. As a direct and proximate result of Sgt. Evans challenged assault Plaintiff sustained a Severe In-Jury to Plaintiff left Eye and Plaintiff was blind for over a month. Plaintiff was In Severe and Immense pain and suffering all because of Sgt. Evans unnecessary Use of excessive force and denial of Medical treatment. Plaintiff Sustained Severe In Jury to his left eye See Grievance #VU-05-00360 and VU-05-00363

complaint #2 Unnecessary Excessive Force, denial of Medical care and Failure to Protect and Failure to Report. BY CO II Tinsley. See! Grievance #VU-05-00364

on 7-14-08 CO II Tinsley aided and abetted Sgt. Evans In his unauthorized and unnecessary Use of Excessive Force by telling him Plaintiff was going to Flood his cell and then opening Plaintiff cell door and stated to Plaintiff You said you was going to flood and then CO II Tinsley Stepped to the side so Sgt. Evans could spray plaintiff. CO II Tinsley was the officer that was asign to Isolation 4 She was the only officer Incharge of Isolation 4. It was CO II Tinsley Job to protect Plaintiff and Report Sgt. Evans unnecessary Use of excessive force and to ensure Plaintiff received medical treatment. Instead CO II Tinsley aided and abetted Sgt. Evans In his unauthorized Misuse of the chemical agent when he sprayed Plaintiff 3 times with the Part-T-Unit CO II Tinsley. Violate long standing well established administrative State and federal con-stitution prohibiting against unauthorized misuse of chemical agent Failure to Protect and Failure to report another officer excessive mis-conduct. CO II Tinsley challenged conduct was egragious and prohibitive. See Grievance #VU-05-00364

#3

#2 2end Statement of Claim: Excessive Force, denial of Medical care and
Failure to Report and Failure to Protect
BY. CO II Tinsley See Grievance #Vu-05-00364

Plaintiff Was Sprayed 3 times In the face on 7-14-08. Plaintiff Was Violated
his 14th amendment when CO II Tinsley aided and abetted Sgt. Evans In
Spraying Plaintiff with the Part-T-Unit Chemical agent Without cause
of policy of AR and procedure and denied Plaintiff medical care for
30 minutes. Violated Plaintiff 8th amendment right of cruel and unusual punish-
ment. CO II Tinsley was the only officer asign to Isolation 4. It
Was her Job as a officer to Protect and to report Sgt. Evans unnec-
essary use of Excessive force. Instead CO II Tinsley acted With
deliberate Indifference In view of her Knowledge that Sgt. Evans
Sprayed plaintiff 3 times In the faces with chemical agent for only
beating on his toilet with his Shower Shoe. And denied Plaintiff
Medical care for 30 ~~xxxx~~ minutes or more. CO II Tinsley conduct Was
Malicious, Sadistic and applied In bad faith for the Specific
purpose of subJecting Plaintiff to physical pain and Suffering.
Plaintiff sustained Severe chemical burns to face a Severely Injury
left eye Plaintiff Was blind for over a Month. Plaintiff back had a
real bad Skin rash from the chemical agent. And Plaintiff Was In
considerable physical and emotional pain And Immense pain and suffering
See Grievance #Vu-05-00364

Wherefor Plaintiff herein this 42 usc §1983 complaint prays that relief sought be
Granted and Statement of claims be Granted

Declaration

I Eric Winston #105483 do declare Under the penalty of Perjury that the
foregoing Is True and correct.

(State of Arkansus)
(County of Lee)              mr Eric Winston #105483
                            dated 7-22-08

Subscribed and Sworn to before me a Notary on this 23rd day of
July 20 08

My Commission Expires

FAIE .V. WALTON
NOTARY PUBLIC-STATE OF ARKANSAS
LEE COUNTY
My Commission Expires 01-10-2015

Notary Public

_____

_____

**VIII.   Relief**

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

Appoint an Attorney

A Jury Trial

Punitive damages $50,000 Compensatory damages $50,000

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 18th day of July , 20 08 .

Eric Winston #103483

_____

_____

Signature(s) of plaintiff(s)

Subscribed and sworn to before me a Notary on this 21 day of July 20 08

My commisson Expires Dec 1, 2017

```
WILLIAM IVORY
NOTARY PUBLIC-STATE OF ARKANSAS
ST. FRANCIS COUNTY
My Commission Expires Dec. 1, 2017
Commission # 12363868
```

William Ivory
Notary Public

ADC: 105483                    Name: Winston, Eric                              1 of 3

ISSS001B                    **Disciplinary Violation**            Friday January 06, 2006 01:38:14 PM

**ADC#:** 105483B      **Inmate Name:** Winston, Eric

---

**Violation Date\*:** 07/14/2005                    **Time\*:** 02:00:00 PM

**Version\*:** 4-1988 - Present

**Facility\*:** Varner Unit [F01]

**Location within Facility\*:** Living Area

**Charged by Staff\*:** Evans, Fred                    **Violation Type\*:** Major

**Received Date\*:** 07/15/2005                    **Time\*:** 05:15:00 AM

**Received By Staff\*:** Owens, Jacqueline A

---

**# Injuries to: Staff\*:**     0          **Inmates\*:**     0          **Visitors\*:**     0

☑ **Weapon Involved**                    **STG Involved:**

**Incident Report #:**

---

| Code | Code Violation |
|------|----------------|
| 02-17 | Creating Unnecessary Noise |
| 12-1 | Failure To Obey Order Of Staff |
| 11-1 | Insolence To A Staff Member |

---

**Notice of Charge**

ON THE ABOVE DATE AND TIME, I SGT. F. EVANS ALONG WITH LT. MALONE WAS MAKING A
SECURITY CHECK IN ISOLATION #4. UPON ARRIVAL TO ISOLATION #4 LT. MALONE AND MYSELF
APPROACHED CELL #4007 WHICH HOUSES INMATE E. WINSTON #105483 WHEN HE STATED THAT HE
WANTED TO USE THE INMATE TELEPHONE. INMATE WINSTON WAS ADVISED BY LT. MALONE THAT
HE DID NOT HAVE A VALID TELEPHONE SLIP, THEREFORE, HE COULD NOT USE THE TELEPHONE. AT
THIS TIME, INMATE WINSTON BECAME UPSET AND THREATENED TO FLOOD. LT. MALONE THEN
ORDERED ME TO CUT OFF HIS WATER SUPPLY. INMATE WINSTON THEN BEGAN CURSING LOUDLY
AND KICKING ON HIS CELL BAR DOORS MAKING UNNECESSARY NOISE. I THEN GAVE INMATE
WINSTON A DIRECT ORDER TO STOP HIS ACTIONS BUT TO NO AVAIL. I THEN SPRAYED A ONE
SECOND BURST OF PAR-T-UNIT INTO THE FACIAL AREA OF INMATE WINSTON AND GAVE HIM A
DIRECT ORDER TO SUBMIT TO RESTRAINTS IN WHICH HE COMPLIED. INMATE WINSTON WAS THEN
ESCORTED TO THE ISOLATION #4 SHOWER WHERE HE WAS AFFORDED A SHOWER AND SEEN BY
MEDICAL STAFF. (SEE MSF 205) INMATE WINSTON'S CELL WAS DECOMTAMINATED AND HE WAS
PLACED ON BEHAVIOR CONTROL. THEREFORE, I, SGT. F. EVANS AM CHARGING NMATE WINSTON,
E. #105483 WITH THE ABOVE RULE VIOLATONS PENDING DCR.

---

**CSO Staff\*:** Davis, Jesse M

**Review Date\*:** 07/15/2005                    **Action\*:** Refer to Hearing Officer/Comm.

---

**Witness Statements** ☑ **None**

---

ADC: 105483                    Name: Winston, Eric                              1 of 3

**FORM - (Attachment 1A)**

| FOR OFFICE USE ONLY | |
|---|---|
| Grv. # | VU-05-30364 |
| Date Received | 7-27-05 |
| Grievance Code | 803 |

UNIT/CENTER __V.S.M.__

**PLEASE PRINT**
Name __Mr Eric Winston__   ADC# __105483__ Brks: __Isol__ Job Assignment __N/A__

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _____   No __✓__

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

**THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED**

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes __✓__ No ___ If yes, give date __7/22/05__

Why do you feel the informal resolution was unsuccessful? __Because the Individual who Is__
__responsible for the Sole Preservation of Isol 4 video tapes dated__
__7-14-05 6:00am to 6:30pm was not Notified that I want these__
__video tapes Preserved because I will be filing a law suit on these officers__

Please give a **BRIEF**, clear statement of your grievance.  This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue.  **One issue** or incident per grievance.  Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

__I Want the Individual Who Is responsible for Preserving__
__the Isolation #4 Video tapes to be Notified that I want__
__the video tapes dated 7-14-05 6:00am to 6:30pm to__
__be Preserved as Evidence In my law Suit I will be filing on__
__Sgt Evans Sgt McCarrell C/II Tinsley.__

__I Want All Video Tapes Preserved As Evidence!__

__End of Statement__

IS THIS AN EMERGENCY SITUATION?   YES __✓__ NO ___   If yes, why? __Because I Sustained__
__A Severe Injury to my left eye. I was Sprayed 3 times with the Pac-T-Unit.__
(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the Unit/Center Supervisor or, in their absence, the Unit/Center Assistant Warden.  REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

__Eric Winston__                    SEP 28 2005 26  __7/25/05__
INMATE SIGNATURE              INMATE GRIEVANCE SUPERVISOR          DATE

ADMINISTRATION BUILDING
**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**      RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) __Nancy Christian__   Signature __Nancy Christian__
FROM WHICH INMATE? __Eric Winston__                    ADC# __105483__
DATE: __7/26/05__      TIME: __10:45__

810-1

*Notification of complaint.*
*Requesting all ISO 4 Video tapes be*   VU-05-00304
*Preserved dated 7-14-05 Time 6:00 to 6:3*   7-2705
                                              803
                                              pm

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER **V.S.M.**

PLEASE PRINT
Name **Eric Winston**          ADC# **105483**   Brks **ISO4**   Job Assignment **N/A**

IS THIS AN EMERGENCY SITUATION? YES **✓** NO ___ If yes, why? **I want Warden Moncrief to**
**make Sure all Video tapes dated 7-14-05 6:00 am to 6:3 pm to be Preserved**

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that
are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached
emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened
because of your use of the grievance form, report it immediately to the Warden

---

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel
involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

**This Is a Notification of that I will be Filing a law suit on Sgt. Evans**
**Sgt. McCausell and C.O.T. Tinsley for excessive force and denial of**
**medical care. I want all ISOlation 4 Video tapes dated 7-14-05**
**6:00 Am to 6:30pm to be Preserved. I want the Individual who**
**Is responsible for the Sure Preservation of the Video tapes to be**
**Notified that I want all Video tapes Preserved Because the video tapes**
**would Prove that Sgt. Evans use excessive force and unnecessary force and**
**Sgt McCausell and C.O.T Tinsley All Violated long standing Well established**
**administrative state and federal constitution prohibiting against unautho**
**ized misuse of chemical agents Abusive misconduct and lying, Falisfying**
**documentation trying to conceal their misdeeds. These officers challenge**
**conduct was egregious and Prohibitive**

**Mr Eric Winston**                              **7-22-05**
Inmate Signature                                Date

---

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

STAFF RECEIPT AND ACTION TAKEN

_____          _____  7/22/05

PRINT STAFF NAME (PROBLEM SOLVER)        Staff Code        Staff Signature / Date Received

Was this deemed an emergency? Yes _____ No **✗**
Was there a need to contact medical? Yes _____ No **✗** If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates:
**Sgt Evans wrote disciplinary for you, being insolence,**
**Creating unnecessary noise, and making threats**
**to flood cell**

Was issue resolved? Yes **✓** No _____    Does inmate agree that issue was resolved? Yes _____ No **✓**

_____          RECEIVED-      **Eric Winston**
Staff Signature/Date                             Inmate Signature/Date

SEP 23 2005

DISTRIBUTION: YELLOW – Inmate Receipt   INMATE GRIEVANCE SUPERVISOR
                                        ADMINISTRATION BUILDING
(AFTER COMPLETION)   PINK – Problem Solver/Unit Level Grievance Officer
ORIGINAL – Given back to the inmate After Completion                    810-00

INMATE NAME: <u>Winston, Eric</u>        ADC #: <u>105483B</u>       GRIEVANCE #: <u>VU-05-00364</u>

## WARDEN'S/CENTER SUPERVISOR'S DECISION

In response to your grievance: The security cameras are mainly for Administrative use. Their purpose is to monitor activities in areas of the facility that can be reviewed later by Administrative Staff if needed. Therefore I find no merit in your grievance.

_____          _____          9-10-05
Signature of ARO or                    Title                    Date
Warden's/Supervisor's Designee                                **RECEIVED**

**SEP 28 2005**

**INMATE'S APPEAL**                    INMATE GRIEVANCE SUPERVISOR
                                        ADMINISTRATION BUILDING

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? Because I Want the Individual who Is responsible for the Sole Preservation of Isolation 4 Video tapes to be Notified that I Want the Video tapes dated 7-14-05 6:00 Am to 6:30 pm to be preserved as Evidence. I will be filing a 1983§ Compliant against Sgt Evans, CO II Tinsley and Lt. Mc Call for excessive force and denial of medical care. These officer violated longstanding well established administrative state and federal constitution prohibiting against unauthorized misuse of chemical agent and because of Sgt. Evans spraying me 3 times with the Pac-T-Unit this officer challenged a ~~constitutional~~ assault I sustained severe chemical burns to my Face, I cant See out my left eye, my back has a really

Eric Winston _____        103483 _____        9-13-05
Inmate Signature                ADC#                      Date

bad rash from the chemical agent and I am still trying to receive medical treatment for and It Is causing me considerable physical and emotional pain and Suffering. This Is a violation of my 8th amendment of cruel and unusual punishment.

I Want All Three of these officers Investigated by Internal Affairs. And I Want to take a lie detector test.

Eric Winston                         105483                    VU-05-00364

---

### DEPUTY/ASSISTANT DIRECTOR'S DECISION

I have reviewed your formal Grievance dated 7/25/05 in which you state, "I want the individual who is responsible for preserveing the Isolation #4 video tapes to be notified that I want the video tapes dated 7-14-05 6:00 AM to 6:30 pm to be preserved as evidence in my law suit I will be fileing on Sgt. Evans Sgt McCarrell COII Tinsley. I want all video tapes preserved as evidence!" I have also reviewed Assistant Warden Hurst response, your Informal Resolution, your appeal to my office and other matters as they relate to this Grievance issue.

Please be advised inmate Winston, the videotape for Isolation #4 from 6:00 AM to 6:30 PM as you have requested to be preserved is unavailable.

11-22-05

**GRIEVANCE FORM - (Attachment 1A)**

I Want All Officers Investigated

UNIT/CENTER V.S.M   by Internal Affairs

| FOR OFFICE USE ONLY | |
|---|---|
| Grv. # | VU-05-00363 |
| Date Received | 7-29-05 |
| Grievance Code: | 801 |

PLEASE PRINT
Name _Eric Winston_   ADC# _105483_ Brks _1684_ Job Assignment _____

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _____   No ✓

All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.

THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED Review Video tap

Informal Action Taken And you'll See Sgt. Evans lied about everything!

Have you discussed this problem with your designated problem-solver? Yes ✓ No ___ If yes, give date 7/22/05

Why do you feel the informal resolution was unsuccessful? Because Sgt. Evans is lying trying to conceal his unauthorized misuse of excessive force and unnecessary force for Spraying me 3 times in the Face with the Pac-T-Unit which is not for Spraying an inmate in a one man cell. This the Size of a Fire extinguisher!

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review. On 7-14-05 While Lt. Malone was passing out trays I ask her for the Phone whenever She got time. So around 12:30 1:00 pm the inmate in 4604 Flooded his cell. So the Lt. Malone and Some more Sgts came to get the inmate out of his cell. At which time I called Lt. Malone to my cell and asked her for the Phone. St then Looked in my file and stated My phone slip was expired. She was by herself. She then left my cell. I then layed down in the bed for about 30 minutes. Then I got up to get Some Water And all my Water was turned off So I then started beat on my toilet with my Shower Shoe. then Sgt. Mc Cassell came to my cell And ask me is I the one beating? I said Yes! I want to know why my Water is off. Then c132 Tinsley open My cell door and step aside. Then Sgt. Evans Sprayed me 3 times in the face and My eyes for Nothing and then they left me in the cell for about 30 minutes I was Sprayed with the Pac-T-Unit and had No inmate is Suppose to be Sprayed with that Stuff in No one man cell. I want a threat to Nobody.

IS THIS AN EMERGENCY SITUATION?   YES ✓ NO ● If yes, why? Because of Sgt. Evans excessive Force! I am blind in my left eye and I need Emergency medical care.

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Eric Winston_     SEP 14 2005 ✓     7/25/04

INMATE SIGNATURE                              DATE

(TO BE FILLED OUT BY THE RECEIVING OFFICER) INMATE GRIEVANCE SUPERVISOR

RECEIPT FOR ADMINISTRATION BUILDING

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _Eric Winston_     ADC# _105483_

DATE: _7/26/05_     TIME: _10:35 am_

810-1

**INFORMAL RESOLUTION FORM (Attachment 1)**   *I Want All office's Investigated by Internal Affairs.   VU-05-00363   7-27-05*

UNIT/CENTER **V.S.M.**

PLEASE PRINT
Name **Mr Eric Winston**   ADC# **105483**   Brks **ISC 4** Job Assignment **N 7#**

IS THIS AN EMERGENCY SITUATION? YES **✓** NO ____ If yes, why? *Sgt. Evans sprayed me three times In the face and now I am blind In my left eye. See Medical Record*

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One** issue or incident per complaint form. Additional pages or forms will **not** be allowed.

*On 7-14-05 I was sprayed three times by Sgt Evans with the Pac-T Unit around 1:30 and 2:00 pm. And was Forced to stay In the cell for 2 maybe 3 minutes. Sgt. Evans use excessive force and unnecessary force on me. And Sgt McCurcen Co: Tinsley they both aided and abetted Sgt. Evans In his unauthorized misuse of the chemical agent. Sgt Mc Curcen came to my cell and ask me was I hurting? I said Yes because I wanted to know why my water was turned off. I said I haven't done nothing and then Co: Tinsley open my celldoor and stat you to send you gave flood, And then she step to the side and Sgt Evans Just Star Spraying me with the Pac-T-Unit he sprayed me three times. All three of these office's misconduct was Malicious, Sadistic and applied In bad faith for the Spec ific purpose of subjecting me to substantial physical pain and Suffering. And As a direct and proximate result of the challenged Assault I sustained a Severe Injury to my left eye. I am now blind In my left eye.*     **7-22-05**

Inmate Signature *Eric Winston*                                                      Date

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

RECEIVED

**STAFF RECEIPT AND ACTION TAKEN**                     SEP 14 2005

PRINT STAFF NAME (PROBLEM SOLVER)   INMATE GRIEVANCE SUPERVISOR   Staff Signature / Date Received   7/22/05
                                     ADMINISTRATION BUILDING

Was this deemed an emergency? Yes ____ No ____

Was there a need to contact medical? Yes ____ No **✓** If yes, give name of person contacted? ____

Describe action taken to resolve complaint, including dates. *Inmate Winston you stated to Co: Tinsley that you were going to flood your cell, your water was turned on. Sgt Evans stated you refused orders, being insolance to staff And creating Unnecessary noise.*

Was issue resolved? Yes ____ No **✓**   Does inmate agree that issue was resolved? Yes ____ No **✓**

Staff Signature/Date *7/24/05*                         Inmate Signature/Date *Eric Winston*

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy     BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion          810-00

**IGTT410 - Warden's/Center Supervisor's Decision**                     Page 1 of 1

INMATE NAME: <u>Winston, Eric</u>     ADC #: <u>105483B</u>     GRIEVANCE #: <u>VU-05-00363</u>

### WARDEN'S/CENTER SUPERVISOR'S DECISION

In response to your grievance: Lt. Malone advised you did ask her for the telephone. She advised you that you would have to have a approved phone slip. After she checked on the approved phone slip and discovered it was none. You became disruptive in your behavior and threatened to flood your cell. Therefore your water was turned off. You were sprayed in the facial area, given a shower and was seen by medical and was written a major disciplinary for your behavior. Therefore I find no merit in your grievance.

_____          _____          _____
Signature of ARO or                     Title                         Date
Warden's/Supervisor's Designee                                    8-22-05

**RECEIVED**

**SEP 1 4 2005**

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five days by filing in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? I do not Agree with the response because Sgt Evans wasn't investigated by Internal Affairs As I requested. In my Emergency Grievance. This officer use Excessive Force on me by Spraying three times wit the Par-T-unit In a one man cell I was soaking wet From head to toe with chemical spray I receive a severe injury to my left eye, And my back. I have a real bad skin rash

_____          _____          _____
Inmate Signature                        ADC#                         Date
                                        105483                      8-25-05

Back of Attachment II

INMATE NAME _____    ADC# _____    GRIEVANCE # _____

Eric Winston                          105483                        VU-05-00363

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

I have reviewed your grievance (Att.1A) dated 7-25-05 in which you state, "On 7-14-05 while Lt. Malone was passing out trays I ask her for the phone whenever she got time? So around 12:30 1:00 pm the Inmate in 4004 flooded his cell. So the Lt. Malone and some more Sgts came to get the inmate out of his cell. At which time I called Lt. Malone to my cell and asked her for the phone? She then looked in my file and stated my phone slip was expired. She was by herself. She then left my cell. I then layed down in the bed for about 30 minutes. Then I got up to get some water and all my water was turned off. So I then started beatin on my toilet with my shower shoe then Sgt. McCarrell came to my cell and ask me was I the one beatin? I said yes! I want to know why my water is off? Then CO2 Tinsley open my cell door and step aside then Sgt. Evans sprayed me 3 times in the face and my eyes for nothing and then they left me in the cell for about 30 minutes. I was sprayed with the Par-T-Unit and no inmate is suppose to be sprayed with that stuff in no one man cell! I was'nt a threat to no body." I have also reviewed the Warden's Response, your appeal to this office, staff statements and 005 Reports, the Major Disciplinary Report, Medical Reports, Policies and other related documents.

Based upon my review of all submitted documents I find that staff actions were according to policy and procedure. Staff informed you that chemical agent would be used unless compliance to orders was followed. Your threats and failure to comply with orders jeopardized the safety and security of the institution resulting in the use of chemical agent by staff. I find no merit to your complaint and I suggest in the future that you comply with all lawful orders given.

Appeal denied.

_____    10-26-05
SIGNATURE                                              DATE

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

__ICE FORM · (Attachment 1A)

| FOR OFFICE USE ONLY |
| Grv. # VU-05-00760 |
| Date Received 07-25-05 |
| Grievance Code: 1100 |

UNIT/CENTER  V.S.M.

**PLEASE PRINT**
Name Eric Winston          ADC# 105483   Brks ISU4 Job Assignment NTT

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes ✓   No ___

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

**THE ORIGINAL INFORMAL RESOLUTION FORM MUST BE ATTACHED**

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes ✓ No ___ If yes, give date 7-20-05
Why do you feel the informal resolution was unsuccessful? Because I have been trying to get medical treatment for my left eye every sense 7-14-05 and I haven't been treated or seen by the eye doctor or even the doctor. And I am blind In my left eye after being sprayed In the eyes on 7-14-05.

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

I have a medical Emergency and I cant See Nothing out of my left eye. My eye sight Is gone and I cant get No type of medical treatment for my eye and I haven't had my Eyes checked out by the eye doctor Nor the doctor I'm being denied medical treatment.

RECEIVED
OFFICE OF THE
INVESTIGATOR

AUG 26 2005

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If yes, why? I cant See nothing out my left eye and It's been 7 days and I still haven't Seen the doctor.

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Eric Winston 105483                    7/22/05
INMATE SIGNATURE                        DATE

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) A. Maltby          Signature
FROM WHICH INMATE? E. Winston                              ADC# 105483
DATE: 7/22/05               TIME:

UU-05-00360
07-27-05

**INFORMAL RESOLUTION** FORM (Attachment 1)

UNIT/CENTER  V. S. M.

**PLEASE PRINT**
Name  Eric Winston                    ADC#  105483  Brks 7504 Job Assignment  N A
IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___  If yes, why?  I am still Blind in my
left eye after being Sprayed on 7-14-05 3 times In my Face.

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that
are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached
emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened
because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel
involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

I need Emergency medical treatment for my left eye I
Was Seen by Nurse Redix and she said I would be seen by
the doctor monday 7-18-05 and I haven't been Seen. I
am blind In my left eye and cant see nothing and I am
being denied Emergency medical care. I was Sprayed 3
times In my Face With the Par-T-unit by Sgt
Evans on 7-14-05 I have been trying to get medical
treatment for 6 days. This Is an Emergency
Informal Resolution Form Requesting medical treat-
ment for my eye.

Eric Winston                                          7/20/05
Inmate Signature                                      Date

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

**STAFF RECEIPT AND ACTION TAKEN**

_(signature)_                          _(signature)_ 2/20/05
PRINT STAFF NAME (PROBLEM SOLVER)      Staff Code    Staff Signature / Date Received

Was this deemed an emergency? Yes ✓ No ___
Was there a need to contact medical? Yes ✓ No ___   If yes, give name of person contacted? Nurse Redia
Describe action taken to resolve complaint, including dates. Called Nurse Redix She
Advised me that E. Winston Has been placed on
Doctors call

---

Was issue resolved? Yes ___ No ✓   Does Inmate agree that issue was resolved? Yes ___ No ✓

_(signature)_ 7/29/05          Eric Winston
Staff Signature/Date           Inmate Signature/Date

RECEIVED
OFFICE OF
INVESTIGATION
AUG 2... 20...
HEALTH & CORR... ...ICES
AR DEPT OF... ...TION

DISTRIBUTION:  YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy      BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion

810-00

INMATE NAME: Winston, Eric        ADC #: 105483B      GRIEVANCE #: VU-05-00360

## WARDEN'S/CENTER SUPERVISOR'S DECISION

**Your Grievance Was Received On 07-25-05**
I have determined that your grievance is a medical matter. I have forwarded your grievance to
the Medical Administrator who will provide a written response, and/or will interview you within
twenty working days of the date I received your grievance. Should you receive no response
within this time frame, or the response that you received is unsatisfactory, you may appeal to the
Deputy Director for Health and Correctional Programs. If you have medical needs that you
believe are urgent, put in a Sick Call Request, or send a Request for an interview to the Medical
Administrator.

_S. Stanley T. M_____        _aw_        _7-28-05_
Signature of ARO or Warden's/Supervisor's    Title        Date
Designee

RECEIVED
OFFICE OF THE
INVESTIGATOR
AUG 26 2005
THIS COPY - CENTRAL OFFICE
DEPT. OF CORRECTION

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by
filling in the information requested below and mailing it to the appropriate Deputy/Assistant
Director. Keep in mind that you are appealing the decision to the original complaint. Do not list
additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? _I still haven't received medical
treatment for my left eye. I haven't seen the eye doctor nor have I received
anytype of medication for my left eye. I have been trying to get medical care
for my eye every sense 7-14-05 Its been a month and I still have not seen
the eye doctor. And on 7-18-05 Ms. Alexander lied she didn't see me at all Sh
renewed my diet script and sent me the wrong type of diet and she didn't review
my lab results with me This doctor did not come to Isolation 4 and see me
or treat me and the Isolation 4 Security log will prove on 7-18-05 Ms.
Alexander did not see me or even run doctor call at all I have been
sprayed 3 times In my face and My left eye Is always running and my
vision Is blurred I cant see nothing at all._

_Eric Winston_        _105483_        ~~~~~~        _8/15/05_
Inmate Signature        ADC#            Date

_Every sense 6-27-05 I have been trying to get medical care for my eyes
and I aint never seen the eye doctor and this Is an Emergency and Im still
being denied medical care. This Is a person eye sight this Is urgent! may I
Please get some medical treatment for my eyes? I don't want to go blind !_

# CMS GRIEVANCE RESPONSE

| GrievanceVSM05-00360 |
|---|

| Inmate: Winston,Eric ADC # 105483 DOB: |
|---|
| Facility: VSM          CB Iso 4 |
| Date Infirmary Rec: 8/01/05 Response Date: 8/10/05 |

| Interview: NA | X  Deferred |
|---|---|
| Inmate's Complaints: See grievance # VSM05- 00360 Code   608 | |

Response:  A review of your medical record indicates that, you were seen by the RN on 7/16/05 for complaint of being sprayed in left eye on 7/14/05. You were referred to the ANP. Pre Mrs. Hubbard orders you were to continue to flush your eyes out with H20 .You were again seen by Mrs. Alexander on 7/18/05 for renewal of diet script and review of lab results. At the time of the visit you stated nothing about your left eye. You submitted a sick call slip on 8/03/05 for complaint of blurred vision in left eye. Mrs. Hubbard saw you on 8/03/05 for complaint of blurred vision. You were referred to Dr. Simmons for an evaluation of blurred vision in left eye.

Recommendations:

Scheduled for eye clinic

Back of Attachment II

INMATE NAME ____Winston, Eric____  ADC ____105483____  GRIEVANCE ____VU05-00360____

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your appeal states that as of August 15, 2005 you have not been seen by the eye doctor for the blurred vision of your left eye. You state that since June 27, 2005 you have attempted to get treatment for your eyes.

The medical record reflects that on July 16, 2005, you were seen by the RN for complaints of being sprayed in the left eye on July 14, 2005 and at that time; you were referred to the mid-level provider with orders to continue to flush you eyes with water.

On July 18, 2005 Ms. Alexander, ANP, saw you. At that time, it is documented that she reviewed your Lab tests and renewed your diet script. During that time, you did not mention anything about your eyes. When you submitted a Sick Call Request on August 3, 2005 for blurred vision, you were seen by Ms. Hubbard. A consult was submitted for you to be seen by Dr. Simmons for evaluation.

Dr. Simmons evaluated you during his clinic on August 18, 2005. His documentation following that examination states: Uncontrolled glaucoma, continue to use Xalantan and return to clinic in three months.

It appears that your blurred vision was due to glaucoma not denial of treatment by the medical staff.

This complaint has been addressed by staff and is resolved.

The appeal has no merit.

____SIGNATURE of MAX MOBLEY____      ____9-13-05____
                                              DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.