*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ERIC WINSTON                                                                                      PLAINTIFF

vs.                              CASE NO. 5:08cv00204 JMM

FRED EVANS, et al                                                        DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge J. Thomas Ray, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 25th day of January, 2011.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE